JS-6

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

JACQUETTA MCNEILL,
Plaintiff,
v.
TRANSUNION, LLC, *et al.*,
Defendants.

Case No. 8:25-cv-02795-JWH-JDEx

**JUDGMENT**

Pursuant to the Scheduling Notice and Order [ECF No. 38] entered on or about September 11, 2026, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED**.

2. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: October 20, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE